UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WEBSTER,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendants. | Case No. 08cv189-BEN (POR)<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*** |

    Presently before the Court is Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. No. 2]. Plaintiff filed a declaration in support of his motion. Having reviewed Plaintiff's declaration, the Court finds that he has no available funds from which to pay filing fees at this time. Therefore, the Court GRANTS Plaintiff's Motion to Proceed IFP [Doc. No. 2].

    **IT IS SO ORDERED.**

DATED: February 8, 2008

_____
Hon. Roger T. Benitez
United States District Judge

08cv189